<u>CRIMINAL CAUSE FOR STATUS CONFERENCE</u>

<u>BEFORE: Bianco,J.</u>

<u>DATE: 8/22/2013      TIME:2:00 p.m.    Time in court: 20 min.</u>

<u>DOCKET NUMBER:  CR 11-0639       TITLE: USA-V-Michaelides et al.</u>

<u>DEFT NAME: Athanasios Michaelides             DEFT:</u>
 X PRESENT___NOT PRESENT  X  IN CUSTODY   __ON BAIL

<u>ATTY FOR DEFT: George Vomvolakis</u>
  X PRESENT       NOT PRESENT       RETAINED     X C.J.A.
                                    FED. DEF. OF NY, INC.

<u>DEFT NAME: Dennis Mitts</u>
 X PRESENT___NOT PRESENT __IN CUSTODY   X ON BAIL

<u>ATTY FOR DEFT: Richard Miller</u>
  X PRESENT       NOT PRESENT       RETAINED     X C.J.A.
                                    FED. DEF. OF NY, INC.

<u>DEFT NAME: Adam Velasquez</u>
 X PRESENT___NOT PRESENT  X IN CUSTODY   __ON BAIL

<u>ATTY FOR DEFT: Edward Jenks</u>
  X PRESENT       NOT PRESENT       RETAINED     X C.J.A.
                                    FED. DEF. OF NY, INC.

<u>A.U.S.A.:Charles Kelly</u>       <u>DEPUTY CLERK: Michele Savona</u>

<u>PROBATION:</u>

COURT REPORTER:___P. AUERBACH     ___E. COMBS     ___P. LOMBARDI
   ___H. RAPAPORT     ___M. STEIGER      ___D. TURSI    __O. WICKER
 X S. PICOZZI

INTERPRETER:

 X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

____   DEFT(S)__ ARRAIGNED ON, WAIVE(S) READING OF THE SUPERSEDING
       INDICTMENT (S-4), AND ENTER(S) A NOT GUILTY PLEA TO THE
       CHARGES.

 X  SPEEDY TRIAL INFORMATION:
    CODE TYPE:  X-_____     START DATE: 8/22/2013 XSTRT
                               STOP DATE: 10/11/2013 XSTOP

 X  STATUS CONFERENCE SET FOR: 10/11/2013 at 1:15 p.m.

 X   HEARING SET FOR Adam Velazquez on 10/11/203 at 10:00 a.m.

 X   JURY TRIAL SET FOR 11/12/2013 AT 9:30 a.m. (Mitts and
Michaelides)

 X   JURY TRIAL SET FOR 1/6/2014 AT 9:30 a.m. for Velazquez.

_____   MOTIONS TO BE MADE BY //13

_____   RESPONSE BY GOVERNMENT BY //13

_____   REPLY IF ANY BY //13

_____   ORAL ARGUMENT  SET FOR: //13 at

 X  OTHER: Letter on the discovery of the photos to be submitted by 9/13/13. Government is to submit 3500 material two weeks before trial. 404(b)30 days before trial and any overt acts should be provided 30 days before trial. Government is to submit letter with witness list by 9/30/13.  Motion for the bill of particulars is denied.(doc.184)