## CRIMINAL CAUSE FOR EVIDENTIARY CONFERENCE

BEFORE: Bianco,J.

DATE: 1/19/2016      TIME: 10:25 a.m.    Time in court: 23 min.

DOCKET NUMBER:  CR 11-0639       TITLE: USA-V-Michaelides et al


DEFT NAME: Adam Valasquez
 X PRESENT ___NOT PRESENT      X IN CUSTODY    ___ON BAIL

ATTY FOR DEFT: Gail Laser
 X PRESENT      NOT PRESENT         RETAINED      X  C.J.A.
                                          FED. DEF. OF NY, INC.


A.U.S.A.:Burton Ryan           DEPUTY CLERK: Lisa Florio

PROBATION:

COURT REPORTER:___P. AUERBACH    ___E. COMBS    ___P. LOMBARDI
__H. RAPAPORT    ___M. STEIGER      ___D. TURSI    __O. WICKER
 x  S. PICOZZI

FTR:

INTERPRETER:

 X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.


___ SPEEDY TRIAL INFORMATION AS TO Adam Valasquez
    CODE TYPE:  X-         START DATE: XSTRT
                           STOP DATE: XSTOP

 X  EVIDENTIARY HEARING IS SET FOR 3/7/2016 AT 10:00 am.

 _ JURY SELECTION AND TRIAL SET FOR   at    a.m.

 X   OTHER: Government is to submit unredacted copies of the documents to the Court for in camera review. One week from today the government shall submit a letter regarding the NYPD police reports. Motion for bond is denied.

 x  DEFT CONTINUED IN CUSTODY.