CRIMINAL CAUSE FOR HEARING

BEFORE: Judge Bianco, U.S.D.J.

DATE: 6/8/2016   TIME: 2:00 p.m.   TIME IN COURT: 2 hrs.

DOCKET NUMBER: CR-11-639   TITLE: USA v. Adam Velazquez

DEFT NAME: Adam Velazquez   DEFT: # 1
_X_ PRESENT ___ NOT PRESENT   _X_ IN CUSTODY ___ ON BAIL

ATTY FOR DEFT: Gail Laser
_X_ PRESENT ___ NOT PRESENT   X RETAINED ___ C.J.A.
                              FED. DEF. OF NY, INC.

A.U.S.A.: Burt Ryan and Charles Kelly   CLERK: Michele Savona

COURT REPORTER:   ___ P. AUERBACH   ___ E. COMBS   ___ P. LOMBARDI
___ H. RAPAPORT   ___ M. STEIGER   _X_ D. TURSI   ___ O. WICKER
___ S. PICOZZI

INTERPRETER: _____ (LANGUAGE - _____)

_X_ CASE CALLED.

_X_ DEFENDANT APPEARS WITH COUNSEL.

___ COUNSEL PRESENT WITHOUT DEFENDANT.

___ HEARING FOR DEFENDANT ADJOURNED TO _____.

_X_ HEARING FOR DEFENDANT HELD.

___ WITNESSES SWORN.

___ HEARING SET FOR //16 AT 11:00 a.m.

___ SPEEDY TRIAL INFORMATION:
    CODE TYPE: X-_____   START DATE: //2016 XSTRT
                          STOP DATE: //2016 XSTOP

_X_ NEXT STATUS CONFERENCE 6/24/16 at 11:30 a.m.

_X_ DEFENDANT CONTINUED IN CUSTODY.

OTHER: Decision reserved.