...

## CRIMINAL CAUSE FOR BENCH RULING

**BEFORE:** Judge Bianco, U.S.D.J.

**DATE:** 6/23/2016    **TIME:** 2:15 p.m.    **TIME IN COURT:** 30 mins.

**DOCKET NUMBER:** CR-11-639    **TITLE:** USA v. Adam Velazquez

**DEFT NAME:** Adam Velazquez    **DEFT:** # 1
**X** PRESENT    ___ NOT PRESENT    **X** IN CUSTODY    ___ ON BAIL

**ATTY FOR DEFT:** Gail Laser
**X** PRESENT    ___ NOT PRESENT    **X** RETAINED    ___ C.J.A.
                                                        ___ FED. DEF. OF NY, INC.

**A.U.S.A.:** Burt Ryan and Charles Kelly    **CLERK:** ELR for MS

**COURT REPORTER:** ___ P. AUERBACH    ___ E. COMBS    ___ P. LOMBARDI
___ H. RAPAPORT    ___ M. STEIGER    ___ D. TURSI    **X** O. WICKER
___ S. PICOZZI

**INTERPRETER:** _____ (LANGUAGE - _____)

**X**    CASE CALLED.

**X**    DEFENDANT APPEARS WITH COUNSEL.

___    COUNSEL PRESENT WITHOUT DEFENDANT.

___    HEARING FOR DEFENDANT ADJOURNED TO _____.

**X**    HEARING FOR DEFENDANT HELD.

___    WITNESSES SWORN.

___    HEARING SET FOR __/__/16 AT 11:00 a.m.

**X**    BAIL APPLICATION HEARING SET FOR 6/27/16 at 1:30 p.m.

**X**    DEFENDANT CONTINUED IN CUSTODY.

**OTHER:** For the reasons stated on the record, Defendant's motion for a new trial (entry 494) is hereby granted. A written decision will be entered on the docket. The government has 70 days from today's proceedings to re-try this case. The Government is granted leave to file a motion for reconsideration after the written decision is entered.