# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT
__Eastern__ District of __New York__

**UNITED STATES OF AMERICA**

- against -

**ADAM VELASQUEZ,**

Defendant.

Docket Number __11-CR-00639 (JFB)__

__The Honorable Joseph F. Bianco__
(District Court Judge)

Notice is hereby given that __the United States of America__ appeals to the United States Court of Appeals for the Second Circuit from the:

Judgment ____ ; Order __X__ ; Other ____ ; __Granting a New Trial__
(specify)

entered in this action on __June 24, 2016__.
(specify)

Offense occurred after November 1, 1987   Yes __X__   No ____.

The appeal concerns: __Granting of a New Trial__

Date: __July 25, 2016__        __PETER A. NORLING, AUSA__
(Counsel for Appellant)

TO: Edward P. Jenks, Esq.
332 Willis Avenue
Mineola, NY 11501
7516-741-2920
jenksesq@aol.com
ADD ADDITIONAL PAGE IF NECESSARY

Address:   United States Attorney's Office - EDNY
271-A Cadman Plaza East
Brooklyn, New York, 11201

Telephone Number:   718-254-6280
E-Mail:   pnorling@usdoj.gov

**(TO BE COMPLETED BY ATTORNEY)**

| ► QUESTIONNAIRE | ► TRANSCRIPT ORDER | ► DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
|---|---|---|
| ____ I am ordering a transcript.<br>__X__ I am not ordering a transcript.<br>Reason:<br>____ Daily copy is available<br>__X__ U.S. Attorney has placed order<br>____ Other. Attach explanation | Prepare transcript of<br>____ Pre-trial proceedings<br>____ Trial<br>____ Sentence<br>____ Post-trial proceedings | Dates |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)) ► Method of payment ____ Funds ____ CJA Form 24

ATTORNEY'S signature   Peter A. Norling        Date   July 25, 2016

► COURT REPORTER ACKNOWLEDGMENT       To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | | |

Date _____   Signature _____
(Court Reporter)

**COPY1 - ORIGINAL**

*U.S. GPO: 2001-611-552/60002