



CPK/BTR
F. #2011R01004

*610 Federal Plaza*
*Central Islip, New York 11722*

August 16, 2016

<u>By Hand and ECF</u>

Honorable Joseph F. Bianco
United States District Judge
United States District Court
Eastern District of New York
1044 Federal Plaza
Central Islip, New York 11722

Re:     United States v. Adam Valazquez
        <u>Criminal Docket  11-639  (JFB)</u>

Dear Judge Bianco:

The government respectfully submits this letter with regard to the status conference scheduled for August 18, 2016.  In its decision of June 24, 2016, this court granted the defendant's motion for a new trial ("New Trial Order").  The Court released the defendant on bail and scheduled the new trial for August 29, 2016, a date requested by the government after the defendant refused to consent to exclude time from the calculations under the Speedy Trial Act.

However, on July 25, 2016, the government filed a Notice of Appeal from the New Trial Order.  The pending appeal divests this court of jurisdiction of matters involved in this appeal and consequently stays this court from proceeding with the new trial and matters relating to it. 18 U.S.C. Section 3731; <u>Ching v. United States</u> , 298 F.3d 174, 180 (2d. Cir. 2002);  <u>Federal Criminal Practice</u>, <u>A Second Circuit Handbook</u>, Section 1-8 (16th ed. 2016).  The filing of the notice of appeal also stays the running of the speedy trial clock. 18 U.S.C. Section 3161(h)(1)("other proceedings") and (h)(1)(C)("interlocutory appeal").

The speedy trial clock was also stayed when the government filed a 404(b) motion on July 18, 2016, 18 U.S.C. Section 3161(h)(1)(D), and, on August 4, 2016, when defendant filed a motion regarding double jeopardy issues relating to the trial.  Both of these motions relate to the new trial, suspend the running of the speedy trial clock, and the

government requests that consideration of them be stayed until the pending appeal is resolved. The government also requests that the trial date of August 29, 2016 be adjourned without date.

On July 26, 2016, the government handed up a superseding indictment (S-11). At the status conference, the government requests that the defendant be arraigned on the new indictment. In addition, the government requests that the court schedule a status conference on or after October 18, 2016 so that the government may report to the court on the status of the appeal from the New Trial Order.

Respectfully submitted,

ROBERT L. CAPERS
United States Attorney

By:  _/s/ Charles P. Kelly_____
Charles P. Kelly
Assistant U.S. Attorney
(631) 715-7866

cc: Gail Laser
Counsel for Defendant