UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA

— against —

UNSEALING ORDER
11 CR 0639 (JFB)

DIMITRI NICHOLAS VLACHOS,

Defendant.

------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 27 2018 ★
LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

IT IS HEREBY ORDERED that the docket entries relating to defendant's Vlachos' guilty plea proceeding (Docket Nos. 178, 179, 181, and 195), which includes the transcript of the guilty plea proceeding, are unsealed.

SO ORDERED.

*Joseph Bianco*
JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:   November 27, 2018
         Central Islip, New York